UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| GULFSTREAM VENTURES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. **CV413-032** |
| The Wrecked and Abandoned Vessel, | ) | |
| S/S MERIDA, her tackle, engines, cargo, | ) | |
| etc., *in rem*, | ) | |
| | ) | |
| Defendant. | ) | |

## WARRANT FOR ARREST OF VESSEL

**To: THE MARSHAL FOR THE SOUTHERN DISTRICT OF GEORGIA:**

**GREETING:**

    **WHEREAS**, a verified complaint in admiralty was filed herein on February 7, 2013, by Plaintiff Gulfstream Ventures, LLC ("Gulfstream"), whose attorneys are Ellis Painter Ratterree & Adams, LLP, asserting an admiralty and maritime claim or cause of action in rem against the Wrecked and Abandoned Vessel, S/S MERIDA, and its engines, tackle, cargo, etc. and all other necessaries thereunto appertaining and belonging (the "Vessel"), more particularly described in said Verified Complaint; and praying for Process in rem against said Vessel requesting the issuance of a warrant for the arrest of the Vessel and for service of a copy of the Complaint and Warrant For Arrest of Vessel upon the artifact(s) presently within this district;

    **YOU ARE THEREFORE COMMANDED** forthwith to arrest the said S/S MERIDA, its engines, tackle, cargo, etc., and all other necessaries thereunder appertaining and belonging to

662012v1

the S/S MERIDA, by arresting the artifact(s) presently within this district and to detain the same until the further Order of this Court respecting the same or until the release of the same in your custody is duly obtained, and to serve a copy of the Verified Complaint filed herein and this Warrant For Arrest of Vessel upon the artifact(s) within this district or the caretaker thereof. You are further commanded to give due notice to all persons claiming the same, or having anything to say why the same should not be condemned and sold pursuant to the prayer of the said complaint, that they must file their claims with the Clerk of this Court within 10 days after the execution of this process or within such additional time as may be allowed by the Court, and must serve their answers within 21 days after the filing of their claims, and that you promptly after execution of this process file the same in the court with your return thereon.

The same defendant is hereby summoned and required to serve upon plaintiff's attorney, whose address is:

> ELLIS PAINTER RATTERREE & ADAMS, LLP
> Post Office Box 9946
> Savannah, GA  31412
> Attn: Robert S. Glenn, Jr.

an Answer to the Verified Complaint within twenty (21) days after service of this summons; however, in the event that the Warrant for Arrest is executed, claim shall be filed within thirty (30) days.

B. AVANT EDENFIELD

**WITNESS**, the Honorable Judges of said Court on this ___ day of February, 2013.

SCOTT L. POFF, CLERK

By: _____
Deputy Clerk

662012v1

2